# Court of Appeals
# of the State of Georgia

ATLANTA,___April 19, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13D0301. SABRINA D. STRATTON v. THE STATE.**

Sabrina Stratton has filed a pro se application for discretionary appeal from the trial court's order denying her motion to reduce/modify sentence. The trial court's order was entered on December 19, 2012, and Stratton filed her application on February 15, 2013.[1] We lack jurisdiction because Stratton's application is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Stratton filed her application 58 days after entry of the order she seeks to appeal. Therefore, her application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/19/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Stratton filed her application in the Supreme Court, which transferred the matter here.